# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| UNITED STATES OF AMERICA | |
|---|---|
| vs. | |
| MICHAEL SHANE-LOURCEY CLEMENTS | Case Number: 17-CR-68-1J |
| Defendant. | |

## ARRAIGNMENT/CHANGE OF PLEA MINUTE SHEET

Date 6/9/17     Time 2:07 p.m. - 2:56 p.m.

☐ Arraignment    ☑ Change of Plea    Before the Honorable    Kelly H. Rankin

Interpreter: none     Int. Phone: N/A

| Abby Logan | Monique Gentry | Kristen Danni | Cline/Mueske |
|---|---|---|---|
| Clerk | Court Reporter | Probation Officer | U.S. Marshal |

APPEARANCES   Government: Thomas Szott

Defendant: Jim Barrett

☑ FPD    ☐ PANEL-CJA    ☐ RETAINED    ☐ WAIVED

☐ Defendant Waives Indictment
☐ Information filed by Government
☐ Superseding Indictment/Information filed by Government

**DEFENDANT ENTERS A PLEA OF**

☐ Not Guilty to Count(s) _____ of an Indictment
☑ Guilty to Count(s) 1, 2 of an Indictment
☐ *Nolo Contendere*

### NOT GUILTY PLEA     GUILTY PLEA

☐ Court accepts *Nolo Contendere* Plea    ☑ Court is satisfied there is factual basis for plea of guilty
☐ Court orders discovery per Rule 16 FRCrP    ☑ Defendant referred to probation for presentence investigation
☐ Court orders access to Grand Jury Transcripts    ☑ Defendant advised on consequences of a plea of guilty
☐ Motions to be filed in _____ days or on/before _____    ☑ Plea agreement filed
☑ Sentencing set for August 21, 2017 at 9:30 a.m.
☐ Trial date set for _____ at _____ in _____    in Cheyenne before Judge Johnson (Courtroom #2)
☐ Plea conditionally accepted
☐ Speedy trial expires on _____    ☑ Count(s) 3 to be dismissed at time of sentencing
☑ Other Waiver of Guilty Plea Before a United States District Judge/and Consent to Guilty Plea Before United States

Magistrate Judge signed by defendant, defendant's attorney and Judge on this date in open court. _____

BOND IS  ☐ Defendant is detained
☐ Set at _____  ☐ Cash or Surety  ☐ Unsecured
☑ Continued on the same terms and conditions
☐ Continued on bond with the following conditions:
☐ Released on bond with the following conditions:

☐ 3rd party custody of _____  ☐ Seek/Maintain employment
☐ Report to Pretrial Services as directed  ☐ Travel restricted to _____
☐ Maintain current residence  ☐ Abide by the following curfew _____
☐ Not use or possess firearms/ammunition/explosives  ☐ Not use or possess controlled substances/drugs
☐ Not use or possess alcohol  ☐ Not use alcohol to excess
☐ Submit to drug/alcohol testing  ☐ Avoid all contact with _____
☐ Surrender passport to _____  ☐ Post property or sum of money _____
☐ Obey all laws. Federal, State and Local  ☐ Do not obtain passport
☐ Undergo Medical/Psychiatric treatment/exam
☐ Other _____